

voice + electronic brokerage

499 Park Avenue
New York, NY 10022
T. 212-610-2200
www.bgcpartners.com

January 4, 2016

**VIA ECF**

Hon. Richard J. Sullivan
United States District Judge
Thurgood Marshall United States District Court
40 Foley Square
New York, NY 10007

                **Re:**    *Steven Puente v. Cantor Fitzgerald Securities, Inc., et al.*
                         **Case Number: 15-cv-05196-RJS**

Your Honor:

      On behalf of the Defendants in the above-referenced action, I write to report that the parties have agreed to the terms of a settlement. I attach the jointly-proposed settlement agreement for Your Honor's review and approval. Thank you for your consideration.

                                                        Respectfully submitted,

                                                        David A. Paul
                                                        Assistant General Counsel

cc:      Bradford Conover, Esq.