UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/29/16
```

STEVEN PUENTE, individually and on behalf of other persons similarly situated,

                Plaintiff,

-v-

CANTOR FITZGERALD SECURITIES, INC., *et al.*,

                Defendants.

No. 15-cv-5196 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    Now before the Court is the parties' letter seeking final approval of their Settlement Agreement and General Release (the "Settlement") (Doc. No. 30), an executed version of which is filed at docket number 31. For the reasons stated on the record at the fairness hearing held on January 13, 2016, the Court finds that the Settlement is fair and reasonable. Accordingly, IT IS HEREBY ORDERED THAT the Court grants final approval of the Settlement. The Court further finds that the request of Plaintiff's counsel for attorneys' fees and litigation costs and expenses in this action is fair and reasonable. Accordingly, IT IS FURTHER ORDERED THAT Plaintiff's counsel is hereby awarded attorneys' fees and costs as set forth in the Settlement.

    The Court shall retain exclusive and continuing jurisdiction over this action for the purpose of supervising the implementation, enforcement, construction, administration, and interpretation

of the Settlement. *See Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381 (1994). The Clerk of the Court is respectfully directed to close this case.

SO ORDERED.

Dated:	February 29, 2016
	New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE